ELBRIDGE G. COBB vs. THOMAS ROBINSON.

Plaintiff's attorney liable for costs, where the plaintiff is a non-resident and no security filed.

*Motion by defendant for an attachment against plaintiff's attorney for non-payment of defendant's costs in this cause.*—This was an action commenced by bailable capias, for assault and battery on board of a vessel in 1844. The defendant was captain, and the plaintiff a seaman; plaintiff was a resident of the state of Maine. An order was obtained that plaintiff file security for costs, which was served on plaintiff's attorney, and not complied with. At a special term of this court subsequently, an absolute order for security for costs was granted, of which a copy was served on plaintiff's attorney, and not complied with. At a subsequent special term defendant moved for judgment of *non pros* which was granted unless plaintiff filed security for costs in twenty days, and paid costs of motion: the conditions of which plaintiff did not comply with, and judgment of *non pros* was entered up; costs taxed, served, and demanded of plaintiff's attorney, who refused to pay.

CYRUS P. SMITH, *Defts Counsel.*        CYRUS P. SMITH, *Defts Atty.*

J. F. ROBINSON, *Plffs Counsel.*        J. F. ROBINSON, *Plffs Atty.*

BEARDSLEY, Justice.—Granted the motion that plaintiff's attorney pay defendant's cost on demand, or that an attachment issue.